✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

Print Name                                                                 Bar Number

Address

City                              State                      Zip Code

Phone Number                                                           Fax Number

| | |
|---|---|
| 1 | **ELIZABETH M. BARROS**<br>California State Bar No. 227629 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**<br>225 Broadway, Suite 900 |
| 3 | San Diego, CA 92101-5008<br>(619) 234-8467/Fax: (619) 687-2666 |
| 4 | E-Mail: elizabeth_barros@fd.org |
| 5 | Attorneys for Jesus Manuel Perez |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ8422-01 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| JESUS MANUEL PEREZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Kenneth J. Troiano
troianosd@earthlink.net,kjtlaw@earthlink.net

Respectfully submitted,

DATED: May 16, 2008          /s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Jesus Manuel Perez