```
                                                        ED
                                            08 MAY 23 PM 3:12
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

**08 CR 1728 IEG**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | I N D I C T M E N T |
| ) | |
| v. ) | Title 21, U.S.C., Secs. 952 and |
| ) | 960 - Importation of Cocaine; |
| JESUS MANUEL PEREZ (1), ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| JOSE GONZALEZ-PERALES (2), ) | Possession of Cocaine with |
| ) | Intent to Distribute; Title 18, |
| Defendants. ) | U.S.C., Sec. 2 - Aiding and |
| _____) | Abetting |

The grand jury charges:

Count 1

On or about May 14, 2008, within the Southern District of California, defendants JESUS MANUEL PEREZ and JOSE GONZALEZ-PERALES did knowingly and intentionally import 5 kilograms and more, to wit: approximately 22.6 kilograms (49.72 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

CEM:em:Imperial
5/22/08

<u>Count 2</u>

On or about May 14, 2008, within the Southern District of California, defendants JESUS MANUEL PEREZ and JOSE GONZALEZ-PERALES did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 22.6 kilograms (49.72 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: May 28, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney