1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jesus Manuel Perez

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE IRMA E. GONZALEZ)**

11 | UNITED STATES OF AMERICA,    )    Case No. 08CR1728-IEG-01
                                  )
12 |         Plaintiff,            )
                                  )
13 | v.                            )    **DECLARATION OF JESUS MANUEL PEREZ**
                                  )    **IN SUPPORT OF MOTION TO SUPPRESS**
14 | JESUS MANUEL PEREZ,           )
                                  )
15 |         Defendant.            )
   |_____)
16

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

I, Jesus Manuel Perez, declare:

1. I was arrested on May 14, 2008 at the Calexico West Port of Entry at about 10:20 a.m.

2. Almost 10 hours later, at about 8pm that night, I was taken to a room where I was interrogated by two agents. I do not speak or understand English very well so the agents used a translator, although one of the agents also spoke to me in Spanish at times.

3. The agents told me that it was in my interest to talk to them. They also told me to sign a piece of paper and speak to them. I did not think I had any other choice, so I signed the paper and I spoke to them. I did not realize that what I was saying could be used against me because the officers told me that it was in my interest to speak with them.

I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection.

DATED:  9-5-08            *Jesús Pérez*
                          JESUS MANUEL PEREZ

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jesus Manuel Perez

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                    **(HONORABLE IRMA E. GONZALEZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1728-IEG-01 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| JESUS MANUEL PEREZ, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

Jack J. Boltax
jbefile@gmail.com, jboltaxlaw@gmail.com; and

Anne Kristina Perry
Anne.Perry2@usdoj.gov, Cindy.Muncy@usdoj.gov, efile.dkt.gc1@usdoj.gov

                                Respectfully submitted,

DATED:    September 5, 2008          /s/ Elizabeth M. Barros
                                     **ELIZABETH M. BARROS**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Jesus Manuel Perez