1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jesus Manuel Perez

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE IRMA E. GONZALEZ)**

11  UNITED STATES OF AMERICA,          )   Case No. 08CR1728-IEG-01
                                       )
12           Plaintiff,                )
                                       )   **TRANSCRIPT OF VIDEO RECORDED**
13  v.                                 )   **INTERVIEW IN SUPPORT OF MOTION TO**
                                       )   **SUPPRESS**
14  JESUS MANUEL PEREZ,                )
                                       )
15           Defendant.                )
    _____    )
16

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

# Federal Defenders of San Diego, Inc.

## May 14, 2008
## Video Recorded Interview in the case of
## U.S. v. Jesus Manuel Perez

**Legend:**

| | |
|---|---|
| Gates: | Customs and Immigration Agent Renato Gates |
| Dotson: | Customs and Immigration Agent Dotson |
| Carrera: | Officer Carrera |
| Perez: | Jesus Manuel Perez |

| | |
|---|---|
| [UI]: | Unintelligible |
| [IA]: | Inaudible Answer |
| *Italics*: | Spoken in English |

[To the best of my knowledge and ability, the following is an accurate transcription of the above titled video-recorded interview and a faithful translation into English of the Spanish spoken on the recording. Certified on September 5, 2008. Antonio P. Lopez, Interpreter, U.S. Courts Certification No. 08-037.]

[07:57:50]

**CARRERA:** *What are you guys coming to? You're having the "Aggie" girl translate for you, tonight.*

**GATES:** *You're a fluent speaker.*

**CARRERA:** **[GIGLES]**

**GATES:** *See it's just CBP is very busy. We don't have any agents, here right now. Been a busy day?*

**CARRERA:** *You're a pretty good sp--*

**GATES:** *--You don't, you don't mind, right? Okay.* **[UI]**

**CARRERA:** **[I.A.]** *You're a pretty good Spanish speaker.*

**GATES:** *You wanna' sit here? Closer, so that you can . . . you know, translate. Ahh, geez!*

**CARRERA:** *Why is your cell phone underneath your shirt? Your vest? You look pretty big* **[UI]** *around?* **[LAUGHS]**

**GATES:** *Thank you.*

**CARRERA:** **[LAUGHS LOUDER]**

**GATES:** *Appreciate that.*

**CARRERA:** *You do!* **[LAUGHS]**

**GATES:** *I eat a lot.*

**CARRERA:** *You're not wearing anything are you? Oh my God!*

**DOTSON:** *Have a seat there.*

**GATES:** *What? I'm a big boy.*

**CARRERA:** *I can see that.*

**[UI VOICE, UNABLE TO DISCERN SPEAKER]**

- 1 -

U.S. v. Jesus Manuel Perez
Interview at the West Port of Entry
Interview of client.
Transcribed by A. Lopez, Interpreter, U.S. Courts Certification No. 08-037

1  **DOTSON:** *My name is Agent Dotson.* I'm uhm, my name is Agent
2  Dawnson,
3  **PEREZ:** Uh-huh.
4  **DOTSON:** I'm uhm, a Customs and Immigration Agent, and this is--
5  **GATES:** --I'm Renato Gates.
6  **PEREZ:** Very well.
7  **DOTSON:** *And this is . . .*
8  **CARRERA:** Carrera, Officer Carrera.
9  **PEREZ:** Okay.
10 **GATES:** She's going to help us with, uhm, Spanish, if there are
11 questions please, uhm, ask her if she can help,
12 **PEREZ:** Okay.
13 **GATES:** And she will help, for that process, Okay?
14 **CARRERA:** *Okay, you guys want me to translate everything he asks*
15 *to him? Or?*
16 **GATES:** *Yeah.*
17 **CARRERA:** *Okay.*
18 **DOTSON:** Where is the--?
19 **GATES:** *--Or whatever he doesn't understand.*
20 **CARRERA:** *Okay.* Do you understand a little bit of English?
21 **PEREZ:** A little, but, no-not much.
22 **CARRERA:** Okay.
23 **PEREZ:** Not when it comes to questions.
24 **CARRERA:** Okay.

- 2 -

25 U.S. v. Jesus Manuel Perez
Interview at the West Port of Entry
Interview of client.
Transcribed by A. Lopez, Interpreter, U.S. Courts Certification No. 08-037

1  DOTSON: Tell me your full and complete name.

2  PEREZ: Jesus Manuel Perez.

3  DOTSON: Okay. Have you used dru-drugs today?

4  PEREZ: N-no.

5  DOTSON: No?

6  GATES: Yesterday? The day before yesterday?

7  PEREZ: The day before yesterday?

8  DOTSON: The day before yesterday?

9  GATES: What do you use?

10  PEREZ: Uhm, coke.

11  GATES: Coke. How much do you use a day.

12  **[UI CONVERSATION IN THE BACKGROUND]**

13  PEREZ: No, it was the first time.

14  DOTSON: Did you drink alcohol today?

15  PEREZ: Uhm, yesterday.

16  DOTSON: Yesterday? Okay. **[SIC]** You know why from here?

17  PEREZ: Uhm, no.

18  DOTSON: No, okay. *Let him know that, that he's under arrest,*

19  *and that he has his rights, and I need him to read, each right*

20  *out loud,* **[UI SPANISH CONVERSATON IN THE BACKGROUND]** *and if he*

21  *understands the right, then, he* **[UI]** *his initials, on the side.*

22

23

24

- 3 -

25  U.S. v. Jesus Manuel Perez
Interview at the West Port of Entry
Interview of client.
Transcribed by A. Lopez, Interpreter, U.S. Courts Certification No. 08-037

1  **CARRERA**: Okay, that's all correct? These are your rights, you
2  need to read them out loud, and you're going to read each one of
3  them out loud, and if you understand it, you are going to put
4  your initials in each, place.
5  **PEREZ**: But what am I being arrested for?
6  **GATES**: You're under arrest, for the importation of drugs, uhm,
7  to the United States. *He asked you, uhm, why is he under, ar-*
8  *arrest, and I explained to him that he is under arrest for, uhm,*
9  *importing drugs into the United States.*
10 **DOTSON**: Okay.
11 **PEREZ**: But what kind of drugs?
12 **GATES**: Well that's what we're going to, uhm, there was drugs in
13 the car. *He asked what type of drugs.*
14 **[UI CONVERSATION IN ENGLISH TAKING PLACE IN BACKGROUND]**
15 **DOTSON**: *Okay.* **[SIC.]** Was cocaine.
16 **PEREZ**: Huh?
17 **DOTSON**: There be cocaine, in your car.
18 **PEREZ**: What?
19 **DOTSON**: *There is--*
20 **CARRERA**: --There was cocaine, in, your car. There was cocaine in
21 your vehicle. Well, these are your rights, you have to read them
22 one at a time, and place your initials if you understand them.
23 **DOTSON**: Can you read?
24 **CARRERA**: Out loud.

- 4 -

25 U.S. v. Jesus Manuel Perez
Interview at the West Port of Entry
Interview of client.
Transcribed by A. Lopez, Interpreter, U.S. Courts Certification No. 08-037

1  **PEREZ:** Before we make these, before we ask you any questions,
2  you have to kno- to kno- to know your rights.
3  **DOTSON:** Okay, do you, do you understand it?
4  **PEREZ:** Yes.
5  **DOTSON:** Yes. So then put your signature- or your initials here.
6  And after, read, the other one.
7  **PEREZ:** You have the right, to, remain silent.
8  **DOTSON:** Do you understand it?
9  **PEREZ:** [IA]
10 **DOTSON:** Okay, then put . . .
11 **PEREZ:** Anything that yo-you say can be used against you in a
12 court of law, or in any other proceeding.
13 **DOTSON:** Do you understand it? Yes or no?
14 **PEREZ:** Yes.
15 **DOTSON:** Okay then, put your . . .
16 **[UI CONVERSATION IN THE BACKGROUND]**
17 **PEREZ:** You have the right to consult with an attorney before,
18 you make any statement, or answ, er any question.
19 **DOTSON:** Do you under, stand? Yes?
20 **PEREZ:** Yes. You have the right to have an attorney present with
21 you during, the interrogation.
22 **DOTSON:** Do you understand it? Then . . .
23
24
25

- 5 -

U.S. v. Jesus Manuel Perez
Interview at the West Port of Entry
Interview of client.
Transcribed by A. Lopez, Interpreter, U.S. Courts Certification No. 08-037

1  **PEREZ:** And if you can't pay for an attorney, one will be
2  provided for you, before we ask you any question, if you so
3  wish.
4  **DOTSON:** Do you understand?
5  **PEREZ:** [IA] If you decide to answer our questions now, you sti-
6  still re-retain the right to stop the interrogatory at any time
7  or to stop the interrogation for the purpose of consulting with
8  an attorney.
9  **DOTSON:** Do you understand that?
10 **PEREZ:** Mm-huh.
11 **DOTSON:** *So then. Okay. Would you tell him that, we, we looked at*
12 *the vehicle, just tell him that, I tell you what* **[UI]**
13 **CARRERA:** They saw the vehicle.
14 **DOTSON:** *And I've already talked to the officers involved with*
15 *the vehicle.*
16 **CARRERA:** He already talked with the officers involved with the
17 inspection of the vehicle.
18 **DOTSON:** *And uhm, I'm here as an, as an investigator about the*
19 *case.*
20 **CARRERA:** He's here as an investigator about the case.
21 **DOTSON:** *I have a, reports, and, and a, brief, I've talked to*
22 *the, uhm, the officers.*
23 **CARRERA:** He has reports and has spoken to the officers.
24
25
- 6 -

U.S. v. Jesus Manuel Perez
Interview at the West Port of Entry
Interview of client.
Transcribed by A. Lopez, Interpreter, U.S. Courts Certification No. 08-037

1  **DOTSON:** And it's in his be-in his best interest, if I have his
2  side of the story, for the report.
3  **CARRERA:** It's for, for your interest, that you have, that he
4  have your side of the story, for his report.
5  **DOTSON:** If, if, he wants, his side of the story, in my report,
6  then he can put, sign here, and he can speak to us now.
7  **CARRERA:** If you want your side of the story, to be included, in
8  his report, **[PHONE BEEPS]** then you sign here.
9  **DOTSON:** *With these rights in mind, he signs this and he can*
10 *speak to us.*
11 **[AGENT GATES ANSWERS THE PHONE AND BEGINS TALKING ON THE PHONE,**
12 **IN THE BACKGROUND]**
13 **CARRERA:** With these rights in mind, you sign this, and you speak
14 with them.
15 **[LONG PAUSE OF APROXIMATELY 12 SECONDS]**
16 **PEREZ:** Fine. **[HARDLY AUDIBLE VOICE]**
17 **DOTSON:** Do you want to speak to us without your attorney?
18 **PEREZ:** **[CLEARS THROAT]** Yes.
19 **CARRERA:** Yes?  Then, read this out loud.
20 **PEREZ:** Mm-huh.
21 **CARRERA:** **[UI]**
22
23
24
25

- 7 -

U.S. v. Jesus Manuel Perez
Interview at the West Port of Entry
Interview of client.
Transcribed by A. Lopez, Interpreter, U.S. Courts Certification No. 08-037

1  **PEREZ:** They have read to me, and explained this statement of my
2  rights, and, I understand fully these, rights, I wa-wai-waive
3  them, freely and voluntarilily **[SIC]** without being, threaten,
4  intimidated nor promises of compensation, or im-mun-i-ty, And I
5  have [UI] time, date, signed this document, at, hours, on the
6  date of . . .
7  **DOTSON:** Put the date, todays date.
8  **PEREZ:** What's the date?
9  **DOTSON:** Uhm, yes . . .
10 **CARRERA:** The fourteenth,
11 **DOTSON:** The fourteenth,
12 **CARRERA:** the fourteenth of May.  Two thousand eight.
13 **DOTSON:** Five. The time here is ten and twenta, twenty? *Twenty,*
14 *there you go.* The date there, the same, **[AGENT GATES HANGS UP**
15 **THE PHONE]** put your signa- your name, complete and correct here,
16 and, the signature.
17 **PEREZ:** In other words, if, if, this means that if, that I'm
18 going to, that I'm going to lose all of these rights already if
19 I speak to the-them here?
20 **CARRERA:** What?
21 **PEREZ:** In other words, I'm going to lose all of these rights,
22 if--
23 **CARRERA:** *--He's thinking that he's going to lose these rights,*
24 *if he speaks to you.*

- 8 -

25 U.S. v. Jesus Manuel Perez
Interview at the West Port of Entry
Interview of client.
Transcribed by A. Lopez, Interpreter, U.S. Courts Certification No. 08-037

1  **PEREZ:** if I speak to them here?

2  **GATES:** You're not losing your rights.

3  **PEREZ:** Uh-huh.

4  **GATES:** *Uhm, I'm sorry if I jumped in, I told him he doesn't lose*

5  *his rights.* You always have those rights.

6  **PEREZ:** Okay.

7  **GATES:** *He always has these rights.*

8  **DOTSON:** Uhm, if you want to speak with, with us right now, you

9  can, I will, if you want? Uhm, to say, well you know, I don't

10 want to speak, that's your right.

11 **PEREZ:** Mm-huh.

12 **GATES:** Or, or, I want an attorney now, that's your right. *I*

13 *explained to him that he always has these rights, and that, he,*

14 *if he, does decide to talk to us, and later says, hey I want to*

15 *stop the interview now, or hey I want to stop for the purpose of*

16 *a lawyer, he can always do so.*

17 **DOTSON:** *Okay.*

18 **CARRERA:** Did you understand the indication?

19 **PEREZ:** Yes.

20 **DOTSON:** I need your signature here, next to this "x" and here as

21 well.

22 **[APROXIMATELY 45 SECOND PAUSE]**

23 **UNKNOWN VOICE IN BACKGROUND:** Good Job **[UI]**!

24 **[08:09:45]**

25

- 9 -

U.S. v. Jesus Manuel Perez
Interview at the West Port of Entry
Interview of client.
Transcribed by A. Lopez, Interpreter, U.S. Courts Certification No. 08-037

1  DOTSON: Okay, Jesus, Uhm, who is the owner of this car?
2  PEREZ: Me.
3  DOTSON: *Wanna' ask if anybody else has driven the car?*
4  CARRERA: Has anybody else driven your vehicle?
5  PEREZ: No.  Ever since I bought it no, It's been three weeks,
6  three weeks since I bought it.
7  CARRERA: *He has had it for three weeks, so, so nobody else has*
8  *driven it.*
9  DOTSON: *For three weeks?*
10 CARRERA: Mm-huh. Three weeks, you bought it in three weeks?
11 PEREZ: [IA]
12 CARRERA: *Yeah, three weeks.*
13 DOTSON: *Okay, since this is his side of the story, and I have*
14 *all the facts, it is very important that he tells me, the truth.*
15 PEREZ: Since this is your side of the story, and he already has,
16 all of the facts, it is very important, that you give him the
17 truth.
18 DOTSON: *And he needs to keep in mind, that I have, a file, an-*
19 *and I've, looked up, the history, so what he tells me, I know*
20 *the answer t-to, so he needs to, tell me the truth.*
21 PEREZ: Okay, especially that, he has a file, that has a history,
22 so then, the-the things that he asks you about, onl-only, be
23 telling the truth.
24 [08:11:16]

- 10 -

U.S. v. Jesus Manuel Perez
Interview at the West Port of Entry
Interview of client.
Transcribed by A. Lopez, Interpreter, U.S. Courts Certification No. 08-037

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Jesus Manuel Perez

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE IRMA E. GONZALEZ)**

11 | UNITED STATES OF AMERICA,      )  Case No. 08CR1728-IEG-01
                                    )
12 |       Plaintiff,                )
                                    )
13 | v.                              )  **CERTIFICATE OF SERVICE**
                                    )
14 | JESUS MANUEL PEREZ,             )
                                    )
15 |       Defendant.                )
   |_____  )

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                        Jack J. Boltax
              jbefile@gmail.com,jboltaxlaw@gmail.com; and

19                     Anne Kristina Perry
20  Anne.Perry2@usdoj.gov,Cindy.Muncy@usdoj.gov,efile.dkt.gc1@usdoj.gov

21                              Respectfully submitted,

23  DATED:      September 5, 2008         /s/ Elizabeth M. Barros
                                          **ELIZABETH M. BARROS**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Jesus Manuel Perez